IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE GLENN SCHMIDT, | ) | CV F 05-0901 REC WMW HC |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS AND |
| v. | ) ) | RECOMMENDATIONS RE PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS |
| RICHARD PIERCE, FRESNO COUNTY SHERIFF, | ) ) | (Doc. 5) |
| Respondent. | ) ) ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On July 15, 2005, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be DENIED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty days of the date of service of the order. Over thirty days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has

conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 15, 2005, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED for failure to exhaust state judicial remedies;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated: **September 15, 2005**         /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE

2